# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRITTANY CUMMINGS,**
Appellant,

v.

**FLANIGAN'S ENTERPRISES, INC.,** et al.,
Appellees.

No. 4D2024-2377

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE23-006870.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Forrest L. Andrews of Lydecker LLP, Miami, for appellees Flanigan's Enterprises, Inc. and Federal Realty GP, LLC.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***